UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHERYL SERREZE DESROSIERS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation,<br><br>Defendant. | : | Civil Action No. 03-018-L |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendant Hartford Life And Accident Insurance Company hereby moves for an extension of time to and including June 27, 2005 to file its opposition to plaintiff's Motion to Compel Production of Documents.

In support of this motion, Hartford states that the additional time is needed to review the authority bearing on the issues raised in plaintiff's motion.

Hartford represents to the Court the plaintiff has no objection to this motion being granted.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (telecopy)

**Certificate of Service**

I hereby certify that on this 14th day of June, 2005 I served a copy of the within Assented-To Motion For Extension of Time by first class mail, postage prepaid to:

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Jordan M. Lewis, Esq.
Siegel, Brill, Greupner, Duffy & Foster, P.A.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103



PRV_737317_1/MPOGUE