UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHERYL SERREZE DESROSIERS, :
Plaintiff, :
v. : Civil Action No. 03-018-L
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation, :
Defendant. :

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendant Hartford Life And Accident Insurance Company hereby moves for an extension of time to and including June 27, 2005 to file its opposition to plaintiff's Motion to Compel Production of Documents.

In support of this motion, Hartford states that the additional time is needed to review the authority bearing on the issues raised in plaintiff's motion.

Hartford represents to the Court the plaintiff has no objection to this motion being granted.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

By Its Attorneys,

Mark A. Pogue

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (telecopy)

Granted: Ronald R. Lagueux
SR USDJ 6/15/05