UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHERYL SERREZE DESROSIERS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation,<br><br>Defendant. | : | Civil Action No. 03-018-L |

**JOINT MOTION TO EXTEND DISCOVERY PERIOD**

The parties hereby jointly move for extension of discovery in this case until a date 60 days after this Court rules on plaintiff's pending Motion To Compel Production Of Documents. Discovery is presently scheduled to close on June 24, 2005.

In support of this motion, the parties state that the additional time is needed because there is presently a dispute about the nature and extent of discovery that is permitted in this case. Plaintiff contends that, pursuant to Glista v. UNUM Life Ins. Co. of America, 378 F.3d 113 (1st Cir. 2004) and other cases, it may seek discovery of documents and information not contained within the administrative record. Defendant contends that, pursuant to Grady v. Paul Revere Life Ins. Co., 10 F.Supp.2d 100 (D.R.I. 1998), and other cases, discovery should be limited to the administrative record. The parties' differing views on discovery will be resolved in the context of plaintiff's pending Motion To Compel Production Of Documents.

Because the nature and scope of allowable discovery is presently uncertain, the parties submit that the discovery period should be extended to a point 60 days after the resolution of the plaintiff's Motion To Compel Production Of Documents.

Granted: Ronald R. Lagueux
Sr. USDJ 7/6/05

**Conclusion**

For the foregoing reasons, the parties' joint motion to extend discovery to a date 60 days after this Court rules on plaintiff's Motion To Compel Production Of Documents should be granted.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (telecopy)

SHERYL SERREZE DESROSIERS

By Her Attorneys,

Christopher M. Lefebvre (#4019)
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (telecopy)

**Certificate of Service**

I hereby certify that on this 24th day of June, 2005 I served a copy of the within Joint Motion To Extend Discovery Period by first class mail, postage prepaid to:

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Jordan M. Lewis, Esq.
Siegel, Brill, Greupner, Duffy & Foster, P.A.
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103