UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 03-18L** **DATE: July 13, 2005**

**TITLE: SHERLY SERREZE DESROSIERS v. HARTFORD LIFE AND ACCIDENT INSURANCE CO.**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: Christopher Lefebvre**
**Jordan Lewis**
**Defendant: Mark Pogue**

**********************************************************************************

**Proceedings: Plaintiff's Motion to Compel Documents**

**All counsel of record present. Both sides argue motion. Court grants in part and denies in part the motion to compel. Court to issue an order.**