UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Sheryl Serreze Desrosiers,<br><br>Plaintiff,<br>v.<br><br>Hartford Life and Accident Insurance Company, a Connecticut corporation,<br><br>Defendant. | Civil Action No. 03-018-L |

**AFFIDAVIT OF SHERYL SERREZE DESROSIERS**

STATE OF RHODE ISLAND )
) SS
COUNTY OF PROVIDENCE )

**Sheryl Serreze Desrosiers**, being first duly sworn upon oath, deposes and states as follows:

1. I am the plaintiff in this action and make this affidavit based upon my personal knowledge.

2. I was born June 8, 1959. At all relevant times pertinent to this lawsuit, I was a citizen of the state of Rhode Island. My address is 8 Abbott Run Valley Road, Cumberland.

3. In 1992, I became employed by the United States Trustee Program as the attorney in charge of the Rhode Island office. In 1995, I was promoted to the Assistant United States Trustee of the Rhode Island office.

4. Hartford Life and Accident Insurance Company issued to me a disability insurance policy setting forth the terms of its coverage.

5. That policy was attached as an exhibit to the original complaint in this action and is also attached as an exhibit to the accompanying **Affidavit of Jordan Lewis**.

6. On April 16, 1999, I suffered a serious head injury when I was struck by a car door that suddenly opened in my path.

7. A month later, on May 18, 1999, I fractured my skull because of an accident at a playground.

8. I attempted to return to work after this second injury only to suffer a third injury when I fell down the stairs at my home on December 7, 1999.

9. I submitted my claim to Hartford for insurance benefits on December 30, 1999.

10. One date later, my health maintenance organization, Harvard Pilgrim Health Care of Rhode Island, filed for receivership.

11. Hartford made no determination on my benefit claim for several months, during which time my financial situation worsened considerably.

12. On June 1, 2000, I attempted to return to work part-time.

13. On June 14, 2000, my neurologist ordered me to stop working entirely because of worsening headaches, back pain and dizziness.

14. On August 11, 2000, Hartford denied my claim for benefits based on its determination that I was able to perform the essential functions of my job.

15. I requested reconsideration of that decision, and also appealed, invoking Hartford's internal review process.

16. Hartford did not change its benefit decision.

17. This lawsuit, to challenge Hartford's benefit denial, was originally filed in state court in Rhode Island in November 2002.

18. I never met personally with Dr. Todd Lyon.

19. I have never spoken with, or otherwise corresponded with, Dr. Todd Lyon.

**FURTHER THIS AFFIANT SAYETH NOT**

Sheryl Serreze Desrosiers

Subscribed and sworn to before me
this 25 day of January, 2006.

Notary Public