UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHERYL SERREZE DESROSIERS,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation,<br><br>Defendant. | : | Civil Action No. 03-018-L |

**JOINT MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to Local Rule Gen. 102, the parties hereby move for leave to file the Plaintiff's Motion For Summary Judgment On Liability, together with the supporting Affidavit of Jordan Lewis, under seal.

In support of this motion the Court is respectfully referred to the accompanying memorandum.

1/31/06
Date

Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (telecopy)
Attorney for Defendant

1/31/06
Date

Christopher M. Lefebvre (#4019)
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (telecopy)
Attorney for Plaintiff

Granted:
Ronald R. Lagueux
Sr. USDJ 1/31/06