UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHERYL SERREZE DESROSIERS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 03-018-L |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, a Connecticut Corporation, | : | |
| | : | |
| Defendant. | : | |

**OBJECTION**

Defendant Hartford Life And Accident Insurance Company hereby objects to plaintiff's motion for summary judgment.

In support of this objection, the Court is respectfully referred to the accompanying memorandum.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

By Its Attorneys,

Mark A. Pogue (#3441)
EDWARDS & ANGELL, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (telecopy)

**Certificate of Service**

I hereby certify that on this 3rd day of March, 2006 I served a copy of the within Objection by first class mail, postage prepaid to:

Christopher M. Lefebvre
Law Offices of Claude Lefebvre & Sons
P.O. Box 479
Pawtucket, RI 02862

Jordan M. Lewis, Esq.
Siegel, Brill, Greupner, Duffy & Foster, P.A.
400 East Wisconsin Avenue
Suite 333, Floor 3A
Milwaukee, WI 53202



PRV_791214_1/MPOGUE