UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Sheryl Serreze Desrosiers,<br><br>Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company, a Connecticut corporation,<br><br>Defendant. | : | Civil Action No. 03-018-L |

**PLAINTIFF'S OBJECTIONS TO DEENDANT'S STATEMENT OF UNDISPUTED FACTS**

Plaintiff Sheryl Serreze Desrosiers objects to the following assertions contained in Defendant's Statement of Undisputed Facts.

**1.** Desrosiers objects to ¶ 10 of Defendant's Statement. The cited record is not decipherable.

**2.** Desrosiers objects to ¶ 18 of Defendant's Statement for two reasons. First, the local rules provide that each statement is to be separately numbered; here, three statements are found within the same numbered paragraph. More importantly, the cites are to Dr. Lyon's letters that purportedly summarized the results of telephone calls he had. Thus, the most that can be said is that Dr. Lyon *said* this these statements are what the original declarants said (rendering it hearsay).

**3.** Desrosiers objects to ¶ 26 of Defendant's Statement, which purports to summarize a report by Drs. Brooks and Cohen by asserting that they concluded, "from a neurocognitive standpoint, plaintiff was not disabled." That conclusion cannot fairly be drawn from the cited page, which in pertinent part states:

> Notably, Ms. Serreze exhibits a significant clinical profile on the MMPI-2, strongly suggesting a somatatization disorder and/or conversion symptoms. It is likely that under conditions of stress, or in response to physical trauma, Ms. Serreze experiences psychophysiological symptoms and somatic preoccupation. This tendency may lead to an amplification of symptoms associated with existing medical conditions or physical discomfort.
>
> In summary, from a neurocognitive performance standpoint, Ms. Serreze appears to be functioning well enough to perform her professional duties perhaps even on a full time basis, if the migraines and her reported fatigue can be properly managed. However, we are not offering an opinion aboiut the impact of fatigue and migraines on her ability to work. Ms. Serreze appears to be a woman who is accustomed to very high levels of cognitive functioning, and in the face of even the slightest reduction in performance level, whether due to anxiety or stress, mild attentional difficulties, the effect of migraines, or possibly, if not likely, all of these conditions combined, she is likely to experience any change or reduction in her performance as major and significantly impaired. ….

**4.** Desrosiers objects to ¶ 30 of Defendant's Statement, which asserts that Hartford, "not having received any comments from Dr. Sammartino [sp]," denied Desrosiers's claim. In fact, Hartford received multiple comments from Dr. Michele Sammaritano before it denied Desrosiers's disability claim. *E.g.*, **Lewis Affidavit, Tab 2, at bate-stamp number H0118.**

**5.** Desrosiers objects to ¶ 34 of Defendant's Statement, which purports to record statements made by an examining physician. The most that can be said about the assertion is that this is what Dr. Lyon *said* was told to him by Dr. Sokol (rendering the assertion hearsay).

Dated: 3/20/06

Respectfully submitted:

By: [signature]

Christopher M. Lefebvre
**LAW OFFICES OF CLAUDE LEFEBVRE & SONS**
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
B.B.O. #629056

-and-

Jordan M. Lewis
**SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.**
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
(215) 814-9322

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Sheryl Serreze Desrosiers,

Civil Action No. 03-018-L

Plaintiff,

v.

Hartford Life and Accident Insurance
Company, a Connecticut Corporation,

Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of March, 2006 I hand delivered a copy of the attached Plaintiff's Objection to Defendant's Statement Of Undisputed Facts to:

Mark Pogue, Esq.
Edwards & Angell
1 Financial Plaza Suite 2700
Providence, RI 02903



S:\WPFILES\Consumer NON BK Cases\Desrosiers v. Hartford\Cert of Service for Memo in Support of Motion to Compel & Aff.wpd