UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| Sheryl Serreze Desrosiers, Plaintiff, v. Hartford Life and Accident Insurance Company, a Connecticut corporation, Defendant. | : | Civil Action No. 03-018-L |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff in the above referenced matter and hereby states her Objection to the Motion For Summary Judgment filed by the Defendant. A consolidated Memorandum in Opposition To Defendant's Motion for Summary Judgment and a Reply Memorandum in Support of Plaintiff's previously filed Motion For Summary Judgment is hereby attached and incorporated by reference.

WHEREFORE, Plaintiff prays that her objection be sustained.

Respectfully submitted,

Christopher M. Lefebvre
**LAW OFFICES OF CLAUDE LEFEBVRE & SONS**
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Jordan M. Lewis
**SIEGEL, BRILL, GREUPNER, DUFFY & FOSTER, P.A.**
1845 Walnut Street 24th Floor
Philadelphia, PA 19103
(215) 814-9322

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Sheryl Serreze Desrosiers,

Civil Action No. 03-018-L

Plaintiff,

v.

Hartford Life and Accident Insurance Company, a Connecticut Corporation,

Defendant.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of March, 2006 a copy of the attached Plaintiff's Opposition of Defendant's Motion For Summary Judgment was hand delivered to the following:

Mark Pogue, Esq.
Edwards & Angell
1 Financial Plaza Suite 2700
Providence, RI 02903

S:\WPFILES\Consumer NON BK Cases\Desrosiers v. Hartford\Cert of Service for Memo in Suppor of Motion to Compel.wpd