*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF RHODE ISLAND*

# JUDGMENT IN A CIVIL CASE

**Sheryl Serreze Desrosiers**

**v.** **CA NO. 03-18L**

**Hartford Life and Accident Ins. Co., a Connecticut Corp.**

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X ] Decision by the Court. this action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**JUDGMENT IS HEREBY ENTERED for the defendant, Hartford Life and Accident Ins. Co., a Connecticut Corp. Inc. against the plaintiff Sheryl Serreze Desrosiers pursuant to a Decision and Order entered October 17, 2006 granting the defendant's motion for summary judgment.**

Deputy Clerk
October 17, 2006