**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHERYL SERREZE DESROSIERS )
)
Plaintiff, )
) C.A. O3-018-L
v. )
)
HARTFORD LIFE AND ACCIDENT )
INSURANCE COMPANY, a Connecticut )
Corporation )
Defendant. )
)

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Sheryl Serreze Desrosiers hereby appeals to the United States Court of Appeals for the First Circuit from the Orders of the District Court entered on January 27, 2005 granting Defendant's Motion for Summary Judgment, the Judgment entered on October 17, 2006 granting Defendant's Motion for Summary Judgment and denying Plaintiff's Cross Motion for Partial Summary Judgment, and all other Orders relating thereto.

Respectfully submitted,

/s/Christopher M. Lefebvre #4019
LAW OFFICES OF CLAUDE
LEFEBVRE & SONS
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

/s/Jordan M. Lewis
Siegel, Brill, Greupner
100 Washington Avenue South
Suite 1300
Minneapolis, MN 55401

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHERYL SERREZE DESROSIERS ______)
______________________________________)______
Plaintiff,___________)
______________________________________)____________ C.A. O3-018-L
____________v. ___________________)
______________________________________)
HARTFORD LIFE AND ACCIDENT )
INSURANCE COMPANY, a Connecticut )
Corporation )
Defendant. )
______________________________________)

**CERTIFICATION OF SERVICE**

I hereby certify that on November 10, 2006, I electronically filed a Notice of Appeal with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:
Mark A. Pogue, Esq. Edwards & Angell, LLP; and I hereby certify that I have faxed and mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: None

/s/Christopher M. Lefebvre