David A. DiMarzio
Clerk of Court

***UNITED STATES DISTRICT COURT***
***District of Rhode Island***

Paulette Dube
Chief Deputy

December 11, 2006

Richard Donovan, Clerk
United States Court of Appeals
1 Courthouse Way
Suite 2500
Boston, Ma. 02210

Re: CA 03-18L Desrosiers v. Hartford Life & Accident

Dear Mr. Donovan:

Please find enclosed the record on appeal

Please confirm receiving the above by signing and returning a copy of this letter.

Thank you, in advance, for your cooperation.

Very truly yours,

Barbara J. Gilfillan
Deputy Clerk