**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHERYL SERREZE DESROSIERS
Plaintiff

v. C.A. 03-018-L

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
A Connecticut Corporation

Defendant

---

## Joint Motion To Correct District Court Docket

The parties, by and through their undersigned counsel, jointly move this Court to correct the docket and, if necessary, to supplement the appellate record as described below:

**1.** On or about April 2, 2006, defendant/appellee Hartford Life and Accident Insurance Company served and filed a brief titled **Reply to Plaintiff's Opposition to Hartford's Motion for Summary Judgment.** Attached to that brief was: **Supplemental Affidavit of Arthur C. Smith III** (with an attachment); and **Appendix of Department of Labor Opinion Letters Cited in Plaintiff's Reply Brief** (a document that is mistitled, as it refers to defendant's reply brief).

**2.** There is no doubt but that the pleading referred to above (and attached in full below) was properly served on plaintiff and received by the Court. It was, in fact, referred to by the Court in its subsequent decision.

3. The pleading, however, does not appear to be referenced in the Trial Court's docket, which has been transferred to the First Circuit as part of the appellate proceedings. It appears that the referenced pleading should be recorded after docket entry number 61 but there is no mention of the pleading on the publicly available docket record.

4. The parties do not know whether the referenced pleading is actually contained in the docket record and simply not separately numbered.

5. Accordingly, to clear up the confusion, the parties hereby jointly move this Court to correct the Trial Court record to reflect the April 2, 2006 filing and service of the pleading referenced above and attached.

Respectfully submitted:

Dated: February 14, 2007

/s/Christopher M. Lefebvre( # 4019)
P.O. Box 479
Pawtucket R.I. 02862
401-728-6060
401-728-6534 FAX
Lefeblaw@aol.com
Attorney for Sheryl Serreze Desrosiers

Granted:
Ronald R. Lagueux
Sr. USDJ 2/28/07

/s/Mark A. Pogue, Esq. (#3441)
**EDWARDS AND ANGELL, LLP**
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
**Attorneys for Hartford Life and Accident Insurance Company**